

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00269-CV

**PHYTON BIOTECH, LLC** and Phyton Biotech, GmbH,
Appellants

v.

**DIATHEGEN, LLC**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-17463
Honorable Stephani A. Walsh, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against the party who incurred them.

SIGNED July 26, 2017.

_____
Rebeca C. Martinez, Justice